UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALPHONSO R. CLARK,

    Plaintiff,

    v.

CINDY BLACK, et al.,

    Defendants.

Case No. 21-cv-08371-JSC

**ORDER OF TRANSFER**

Petitioner, a California prisoner proceeding pro se, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2254. He is incarcerated at Napa State Hospital. The petition challenges the validity of his criminal sentence from Sacramento County Superior Court.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d).

The Eastern District of California is the district or Petitioner's confinement and conviction. Accordingly, in the interest of justice, this case is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: November 1, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge