UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO RAMON CLARK,<br><br>            Petitioner,<br><br>    v.<br><br>CIDNY BLACK, *et al.*,<br><br>            Respondents. | Case No. 2:21-cv-02017-WBS-JDP (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>ECF No. 12 |

        Petitioner has filed a motion for appointment of counsel. ECF No. 12. A petitioner in a habeas proceeding does not have an absolute right to appointment of counsel. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). However, the court is authorized to appoint counsel at any stage of the case "if the interests of justice so require." *See See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986); 18 U.S.C. § 3006A(a)(2)(B). In assessing whether to appoint counsel, the court evaluates the petitioner's likelihood of success on the merits and his ability to articulate his claims, considering the complexity of the legal issues involved. *See Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Having considered these factors, the court does not find that the interests of justice would be served by the appointment of counsel at this time. Accordingly, petitioner's motion to appoint counsel, ECF No. 12, is denied without prejudice.

IT IS SO ORDERED.

Dated:   June 13, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE