1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    **ALPHONSO RAMON CLARK,**                 Case No. 2:21-cv-02017-JDP
12
                                  Petitioner,   **[PROPOSED] ORDER**
13
          **v.**
14
    **CINDY BLACK AND ROB BONTA,**
15
                                 Respondent.
16

17

18         Considering Respondent's request, and good cause appearing, Respondent shall have an

19   additional 30 days, to and including September 25, 2022, to file a response to the petition for writ

20   of habeas corpus.

21

22   IT IS SO ORDERED.

23

24   Dated:   September 1, 2022        _____

25                                     JEREMY D. PETERSON
                                       UNITED STATES MAGISTRATE JUDGE
26

27

28