ROB BONTA, State Bar No. 202668
Attorney General of California
TAMI M. KRENZIN, State Bar No. 183925
Supervising Deputy Attorney General
MAX FEINSTAT, State Bar No. 274712
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7746
 Fax: (916) 324-5322
 E-mail: Max.Feinstat@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALPHONSO RAMON CLARK,** | 2:21-cv-02017-WBS-JDP |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **CINDY BLACK AND ROB BONTA,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS ORDERED that respondent's motion for a 30-day extension of time is granted. The response to petitioner's petition for writ of habeas corpus shall be filed on or before October 25, 2022.
IT IS SO ORDERED.

Dated:   September 23, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE